## HICKMAN v. WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 97, September Term, 1959.]

*Decided May 20, 1960.*

632

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from the denial of post conviction relief is denied for the reasons stated in the opinion of Judge Harlan in the court below.